395 A.2d 1018

Commonwealth v. Zimmerman, Appellant.

Submitted December 6, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Finding the pro se document filed on June 10, 1977, to be effective as a petition to withdraw appellant's guilty plea, we remand this case to the lower court for a hearing and determination of that issue. Appellant may, if the determination be adverse, appeal such order.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.